BENJAMIN G. ROBINSON, petitioner-respondent,

*v.*

CLARA K. ROBINSON, defendant-appellant.

[Decided January 10th, 1935.]

*Mr. Harvey T. Satterthwaite,* for the appellant.

*Mr. George A. Cella,* for the respondent.

PER CURIAM.

The advisory master found that the appellant had been guilty of adultery, and in that conclusion, after examination of the evidence, we concur. He also considered the defense of condonation, and held that it was not supported by the evidence, and in that conclusion also we concur.

The decree under review is affirmed.

*For affirmance*—THE CHIEF-JUSTICE, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ.   13.

*For reversal*—None.